UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LONDON FRUIT, INC.,<br>a Texas Corporation,<br><br>    Plaintiff Interpleader,<br>v.<br><br>PRODUCE PAY, INC.,<br>a Delaware Corporation, and<br>CVR QUALITY AVO, S.P.R. de R.L.<br>a Mexico entity<br><br>    Defendants. | §<br>§<br>§<br>§   C.A. No.: _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORIGINAL COMPLAINT IN THE NATURE OF INTERPLEADER**

Plaintiff Interpleader LONDON FRUIT, INC. ("London Fruit"), for its Original Complaint in the Nature of Interpleader respectfully alleges as follows:

**JURISDICTION AND VENUE**

1. Subject matter jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(5) (hereafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §2201. Subject matter jurisdiction is also based on diversity jurisdiction under 28 U.S.C. §1332(a)(3) because this suit involves citizens of different states and a citizen of a foreign state with the matter in controversy exceeding $75,000.00. Additionally, this Court has jurisdiction under 28 U.S.C. §1335(a).

2. Venue in this District is based on 28 U.S.C. §1391(b) in that (a) the funds at issue in this action are located in this District and (b) a substantial part of the events giving rise to the claim occurred in this District.

## PARTIES

3. Plaintiff Interpleader London Fruit is a Texas corporation with its principal place of business in Pharr, Texas and is a citizen of the State of Texas and a resident of Hidalgo County, Texas. Plaintiff is engaged in the business of importing and selling wholesale quantities of perishable agricultural commodities ("Produce") in interstate commerce. London Fruit is licensed under the PACA and has been assigned PACA License No. 19820061.

4. Defendant Produce Pay, Inc. ("Produce Pay") is a Delaware corporation with its principal place of business in Los Angeles, California. Upon information and belief Produce Pay was at all times pertinent herein, involved in interstate commerce of wholesale quantities of Produce subject to the provisions of the PACA and licensed thereunder. Produce Pay has been assigned PACA License No. 20150951.

**5.** Defendant CVR Quality Avo S.P.R. de R.L. ("CVR") is a Mexican corporation with its principal place of business in Mexico. Defendant is engaged in the business of selling and exporting wholesale quantities of perishable agricultural commodities in interstate commerce.

## GENERAL ALLEGATIONS

6. London Fruit imported numerous shipments of Hass avocados from CVR to sale and distribute in the United States in exchange for brokerage fees and expenses. Currently, not all of the avocados have been sold, and some of the avocados that have been sold are still awaiting collection and final accounting. However, London Fruit has been able to estimate the amount to be remitted to CVR. The total amount to be remitted to CVR for the avocados less brokerage fees and expenses is estimated to be slightly in excess of $500,000.00.

7. On or about May 21, 2019, London Fruit was contacted by Produce Pay alleging that any property, cash, payables or receivables from the sale of the Hass avocados supplied by CVR was to be remitted to Produce Pay. At that time, or shortly thereafter, Produce Pay provided London Fruit with a contract entitled "Prepayment Agreement" entered into between Produce Pay and CVR on or about February 15, 2019. See attached Exhibit "A." Produce Pay also provided a UCC Financing Statement dated June 5, 2018, prior to the contract executed by Produce Pay and CVR. See attached Exhibit "B."

8. Subsequently, CVR informed London Fruits that the any funds from the sale of the avocados were not to be paid to Produce Pay, and that all funds were to be directly remitted to CVR.

9. London Fruits is a disinterested party in the dispute between CVR and Produce Pay. As a result of the conflict between Produce Pay and CVR it has become necessary to bring the action to interplead the net proceeds from the avocados into the registry of the court for distribution upon determination of the Court as to the rightful property owner of such proceeds.

10. Produce Pay has asserted a UCC lien against sums due CVR by London Fruit, perfected in the District of Columbia, but has nor presented evidence of a lien perfected under the law of Mexico. London Fruits is unable to determine the validity of a UCC lien filed in the District of Colombia for an entity based in Mexico, that has its own public lien registry which may supersede any lien claimed under the UCC.

## COUNT 1
## INTERPLEADER ACTION

11. Plaintiff Interpleader re-alleges and incorporates by reference paragraphs 1 through 9 of this Complaint as though fully set forth in this paragraph 10.

12. This is an action in the nature of interpleader brought pursuant to Federal Rule of Civil Procedure 22.

13. Because London Fruits is unable to determine the validity and/or priority of the Defendants' potential rights to the net proceeds of the avocados, it commences this action in the nature of interpleader against those entities which have claimed, or may claim, an interest in the in the proceeds.

WHEREFORE, London Fruits respectfully requests that the Court enter an order:

A. Requiring defendants to interplead in this case all of their claims to the net proceeds of the avocados at issue;

B. Instructing London Fruit to hold net proceeds of the avocados at issue in its account until a determination can be made as to validity of claims asserted by the Defendants, as well as the priority of those claims;

C. Enjoining each of the Defendants from demanding or instituting any and all actions against London Fruit related to the net proceeds of the avocados at issue;

D. Relieving and discharging London Fruit from any and all liability relating to or concerning any claim that might arise in connection with the net proceeds of the avocados at issue; and

E. Awarding London Fruit its reasonable costs, attorneys' fees, disbursements and allowances incurred in connection with this action out of the monies at issue or otherwise.

Dated: June 7, 2019.

        Respectfully submitted,

        STOKES LAW OFFICE LLP
        3330 Oakwell Court, Suite 225
        San Antonio, TX 78218

E-Mail cstokes@stokeslawoffice.com
Telephone (210) 804-0011
Facsimile (210) 822-2595

*/s/* Craig A. Stokes_____
Craig A. Stokes – SBN 19267700
David L. Jones – SBN 24002370
*Attorneys for Plaintiff Interpleader*
*London Fruit, Inc.*